IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RODNEY WINDHAM | § | |
| v. | § | CIVIL ACTION NO. 9:11-CV-57 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the action be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for Plaintiff to have the opportunity to fully cross-examine a vocational expert at an administrative hearing in connection with this case, and in addition to be able to argue the Administrative Law Judge's allegedly improper analysis of his treating physician's opinion. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court. In light of the foregoing, it is

**ORDERED** that the complaint is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for further proceedings consistent with the findings above. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **4** day of **April, 2012.**

_____
Ron Clark, United States District Judge